IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LINDA GAIL UNDERWOOD,

    Plaintiff,

vs.                                 4:09-CV-17-SPM/WCS

STATE OF FLORIDA
DEPARTMENT OF HEALTH,

    Defendant.
_____/

## ORDER EXTENDING TIME FOR DISCOVERY

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for an Extension of Time for Discovery (doc. 20), filed November 2, 2009. As grounds for the motion, the Plaintiff states that she still needs to depose several witnesses. The Defendant opposes this request.

The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 20) is *granted*.

2.     Discovery shall remain open until December 15, 2009.

**DONE AND ORDERED** this <u>fifth</u> day of November, 2009.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Chief United States District Judge