IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LINDA GAIL UNDERWOOD,

    Plaintiff,

vs.                                     4:09-CV-17-SPM/WCS

STATE OF FLORIDA
DEPARTMENT OF HEALTH,

    Defendant.

_____/

## ORDER EXTENDING TIME FOR MEDIATION

**THIS CAUSE** comes before the Court upon Parties' Joint Motion for Extension of Time for Mediation (doc. 28). The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion (doc. 28) is *granted*.

2. The Parties are permitted to mediate up to and including December 14, 2009.

3. The Parties shall have until December 16, 2009, to file their mediation report.

**DONE AND ORDERED** this ninth day of December, 2009.

                             *s/ Stephan P. Mickle*
                             Stephan P. Mickle
                             Chief United States District Judge